WILLIAM F. HINCHLIFFE, TRUSTEE, ETC., APPELLANT,
v. AGNES LOUGHLIN ET AL., RESPONDENTS.

Submitted May 31, 1941—Decided October 20, 1941.

For the appellant, *Hugh C. Spernow.*

For the respondents, *Eugene F. Hillery* and *Beam & Kelly.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Heher in the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, PARKER, BODINE, PERSKIE, PORTER, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, THOMPSON, JJ. 11.

*For reversal*—THE CHANCELLOR, COLIE, JJ. 2.